UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALTON WALSER,

    Plaintiff,

v.

J. CORRIGAN, et al.,

    Defendants.
_____/

Case No. 2:19-cv-116

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: August 28, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge